IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 2:21-00126

JACOB CORNELIUS HALL

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to amend and/or modify the protective order entered in this case on August 25, 2021. (ECF No. 28). Specifically, defendant requests the following modification:

> The attorneys of record and any member of the defense team may share discovery materials and the information contained therein with outside counsel exclusively for the purpose of developing litigation strategy in the instant case. Any such disclosure may only be made to attorneys licensed to practice in federal court, who understand and agree to be bound by the terms of the protective order. Any outside counsel shall sign an acknowledgment to this effect.

*Id.* at 2. For good cause shown and there being no objection by the government, defendant's motion is **GRANTED**, and the protective order is modified as requested.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and the Probation Office of this court.

IT IS SO ORDERED this 20th day of October, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge